In the Matter of the Claim of EDITH LEE, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—

942

Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.